■ In the Matter of LORRAINE WOOD, Respondent, v ANN SALOMON, Appellant.—Appeal from an order of the County Court of Ulster County (Vogt, J.), entered June 9, 1987, which, in a proceeding pursuant to Agriculture and Markets Law § 121, affirmed an order of the Town Court of the Town of New Paltz in favor of petitioner.

Order affirmed, with costs, upon the opinion of Judge Francis J. Vogt. Kane, J. P., Mikoll, Yesawich, Jr., Harvey and Mercure, JJ., concur.